| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Barry R. Sharer*<br><br>In Re:<br><br>D'ESPOSITO, JR., John Thomas,<br><br>　　　　　Debtor. | Case No.:　　　　19-27202 (KCF)<br><br>Judge:　　　　　Kathryn C. Ferguson<br><br>Chapter:　　　　7 |

| |
|---|
| Recommended Local Form:　　☒ Followed　　☐ Modified |

**APPLICATION FOR RETENTION OF PROFESSIONAL**
**AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014(a)**

1. The applicant, _____Barry Sharer_____, is the

    ☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

    ☐ Debtor:     ☐ Chap. 11     ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional McManimon, Scotland & Baumann, LLC

    to serve as:

    ☒ Attorney for:    ☒ Trustee    ☐ Debtor-in-Possession

    　　　　　　　　　☐ Official Committee of _____

☐ Accountant for:   ☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel

☐ Auctioneer   ☐ Other (specify):

3. The employment of the professional is necessary because:

The Trustee needs the assistance of counsel to represent and assist him in the investigation of the debtor's affairs.

4. The professional has been selected because:

The professional has been selected because the attorneys there have considerable experience in the field of bankruptcy, debtor-creditor rights, and asset liquidation. The applicant believes that McManimon, Scotland & Baumann, LLC is well qualified to represent him in this proceeding.

5. The professional services to be rendered are as follows:

a. advising the Trustee with respect to his powers and duties;

b. assisting in the identifying, marshalling and liquidating of the assets of the Debtors;

c. prosecuting any claims which may arise in connection with this Chapter 7 proceeding; and

d. performing such other legal services for the Trustee as may be necessary and appropriate herein.

2

6. The proposed arrangement for compensation is as follows:

    <u>The retained professional will be required to submit an application for fees and upon completion of the services requested, to be approved by Order of the Court.</u>

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

    ☐ Describe connection:

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

    ☒ does not represent an adverse interest to the estate.

    ☒ is a disinterested person under 11 U.S.C. § 101(14).

    ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

3

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: 11/19/2019                                /s/ Barry Sharer
                                                Signature of Applicant


                                                Barry Sharer, Chapter 7 Trustee
                                                Name of Applicant




                                                MCMANIMON, SCOTLAND &
                                                BAUMANN, LLC


Date: 11/19/2019                                /s/ Andrea Dobin
                                                Andrea Dobin